FILED

FEB 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CR-74 JAM |
| Plaintiff, ) | CR. NO. |
| v. ) | |
| ROBERT CEPHAS BROWN, JR., and ) DUANE ALLEN EDDINGS, ) | |
| Defendants. ) | |

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above-referenced case shall be sealed until further order of the court.

DATED: 2/26/09

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

(Sealing Order Further Order of Court)

1