1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2793



FEB 27 2009



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. Cr.S-09-0074 JAM |
|---|---|
| Plaintiff, | ) APPLICATION TO UNSEAL ARREST |
| | ) WARRANTS, INDICTMENT, PETITION |
| v. | ) TO SEAL, ORDER AND SEALING |
| | ) ORDER; [~~PROPOSED~~] ORDER |
| ROBERT CEPHAS BROWN, JR., and | ) |
| DUANE ALLEN EDDINGS, | ) |
| | ) |
| Defendants. | ) |

APPLICATION

On February 26, 2009, this Court issued arrest warrants, petition to seal, order, and sealing order for the captioned matter, and sealed these documents as well as the indictment in this case. Presently, the arrest warrant for Robert Brown has been executed and we expect that he will make his first appearance in court today. Although, the arrest warrant for Duane Eddings has not been executed, the Government respectfully requests that the arrest warrants, indictment, petition to seal,

///

///

1  order, sealing order, and any other documents sealed pursuant to
2  the Court's February 26, 2009, order be unsealed.
3  DATED: February 27, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By: _____
MATTHEW STEGMAN
Assistant U.S. Attorney

## ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrants, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's February 26, 2009, order for the captioned matter be UNSEALED.

Date: February 27, 2009

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

2