DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
DANIEL J. BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT C. BROWN, JR.

FILED

MAY 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-74 JAM |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER |
| ROBERT C. BROWN, JR., | |
| Defendant. | Judge: Hon. John A. Mendez |

The defendant, Robert C. Brown, Jr. shall be released with the following conditions:

1. He shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. He shall report in person to the Pretrial Services Agency on the first working day following his release from custody;

3. He is to reside at a location approved by the pretrial services officer and not move or absent himself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. His travel is restricted to the Eastern and the Northern Districts of California and he shall not travel outside of these areas without the prior consent of the pretrial services officer;

5. He shall not possess a firearm, destructive device, or other dangerous weapon; additionally, he shall provide written proof of divestment of all firearms currently under your control;

6. If able, he shall seek and/or maintain employment and provide proof of same as requested by his pretrial services officer;

7. He shall surrender his passport to Pretrial Services or the Clerk of the U.S. District Court and he shall not obtain any passports or travel documents during the pendency of this case;

8. He shall not associate or have any contact with any co-defendants, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

9. He shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. He shall not hold an employment position involving fiduciary responsibility; and

11. He shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

**HOME DETENTION:** He is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

He shall, in accordance with this release order, have a home monitoring unit installed in his residence, a radio frequency transmitter device attached to his person, and shall comply with all instructions for the use and operation of said devices as given to him by the Pretrial Services Agency and employees of the monitoring company.

12. His uncle and cousin, Willie L. Brown, Sr. and Willie L. Brown, Jr. will sign unsecured appearance bonds in the amount of $300,000, for which each man will be jointly and severally liable.

IT IS SO ORDERED.

May 19, 2009

JOHN A. MENDEZ
United States District Judge

Robert Brown Release Order          -2-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    No. CR-S-09-74 JAM
                                )
            Plaintiff,           )
                                )    UNSECURED APPERANCE BOND
      v.                        )
                                )
ROBERT C. BROWN, JR.,            )
                                )
            Defendant.           )
_____)

I, Willie L. Brown, Sr., acknowledge that I am bound to pay the United States of America the sum of $300,000. I acknowledge that my liability is joint and several with Willie L. Brown, Jr.

As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment may be entered against defendant for the amount above stated together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned is duly exonerated.

Dated: 5-14-09

_____
Surety's Signature

1221 E. SPRUCE #C
Address

FRESNO CAL. 93711     265-4444
City & State          Telephone

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Fresno

On May 14, 2009 before me, Priscilla Reyes, Notary Public,
personally appeared Willie Lee Brown Jr
_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

[Notary Seal: PRISCILLA REYES, Commission # 1763411, Notary Public - California, Fresno County, My Comm. Expires Aug 24, 2011]

Place Notary Seal Above

―――――――――― *OPTIONAL* ――――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 •Chatsworth, CA 91313-2402• www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

DECLARATION IN SUPPORT OF UNSECURED APPEARANCE BOND

1. My name is Willie L. Brown, Jr. I am Robert C. Brown, Jr.'s cousin.

2. I have agreed to serve as a surety and have voluntarily signed an unsecured appearance bond in the amount of $300,000.

3. I have reviewed the written Conditions of Pretrial Release for Robert C. Brown, Jr., provided by Pretrial Services officer Taifa Gaskins. I understand that the Court has ordered that Robert C. Brown, Jr. comply with all of the listed conditions as a requirement of his release.

4. I understand that if Robert C. Brown, Jr. fails to appear for any scheduled court appearances, or fails to abide by the conditions of Pretrial Release, I am obligated to pay the United States of America $300,000.

5. I further understand that my liability for the bond is joint and several with my father, Willie L. Brown, Sr. I understand that in the event that the bond is forfeited and my father does not meet his financial obligation to the United States, I am obligated to pay the entire sum of $300,000 to the United States of America.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and information.

Date: 5/14/09

Willie L. Brown, Jr.

Name of Pleading          -2-

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of ___Fresno___

On ___May 14, 2009___ before me, ___Priscilla Reyes, Notary Public___
  Date                                               Here Insert Name and Title of the Officer

personally appeared ___Willie Lee Brown Jr___
                          Name(s) of Signer(s)

_____,

[Notary Seal: PRISCILLA REYES, Commission # 1763411, Notary Public - California, Fresno County, My Comm. Expires Aug 24, 2011]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___W.L.[signature]___
                 Signature of Notary Public

Place Notary Seal Above

─────────── *OPTIONAL* ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer(s)

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

©2007 National Notary Association• 9350 De Soto Ave., P.O. Box 2402 •Chatsworth, CA 91313-2402•www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)  No. CR-S-09-74 JAM
)
 Plaintiff,)
)  UNSECURED APPERANCE BOND
 v.)
)
ROBERT C. BROWN, JR.,)
)
 Defendant.)
)

 I, Willie L. Brown, Jr., acknowledge that I am bound to pay the United States of America the sum of $300,000. I acknowledge that my liability is joint and several with Willie L. Brown, Sr.

 As a condition of the defendant's release on this bond, it is understood and agreed upon that the defendant must appear in person in accordance with any and all directions and orders relating to his appearance in the above entitled matter, as may be given or issued by the Court or any judicial officer thereof, in the aforesaid District, or any other United States District Court to which he or she may be removed or to which the case may be transferred.

 If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then said bond is to be void, but if the defendant fails to obey or perform any of these conditions, the bond may be forfeited. If said forfeiture is not set aside, summary judgment may be entered against defendant for the amount above stated together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

 It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned is duly exonerated.

Dated: 5/14/09

_____
Surety's Signature

1221 E. SPRUCE AVE. #C
Address

FRESNO, CA       (559) 265-4444
City & State          Telephone



# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Fresno

On May 14, 2009 before me, Priscilla Reyes, Notary Public
<br>*Here Insert Name and Title of the Officer*

personally appeared Willie Lee Brown Jr
<br>*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _W._____
<br>*Signature of Notary Public*

[Notary Seal: PRISCILLA REYES, Commission # 1763411, Notary Public - California, Fresno County, My Comm. Expires Apr 26, 2011]

Place Notary Seal Above

---— **OPTIONAL** ---—

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

DECLARATION IN SUPPORT OF UNSECURED APPEARANCE BOND

1. My name is Willie L. Brown, Sr. I am Robert C. Brown, Jr.'s uncle.

2. I have agreed to serve as a surety and have voluntarily signed an unsecured appearance bond in the amount of $300,000.

3. I have reviewed the written Conditions of Pretrial Release for Robert C. Brown, Jr., provided by Pretrial Services officer Taifa Gaskins. I understand that the Court has ordered that Robert C. Brown, Jr. comply with all of the listed conditions as a requirement of his release.

4. I understand that if Robert C. Brown, Jr. fails to appear for any scheduled court appearances, or fails to abide by the conditions of Pretrial Release, I am obligated to pay the United States of America $300,000.

5. I further understand that my liability for the bond is joint and several with my son, Willie L. Brown, Jr. I understand that in the event that the bond is forfeited and my son does not meet his financial obligation to the United States, I am obligated to pay the entire sum of $300,000 to the United States of America.

I declare under penalty of perjury that the above statement is true and correct to the best of my knowledge and information.

Date: 5-14-09

_____
Willie L. Brown, Sr.

Name of Pleading                    -2-

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Fresno

On May 14, 2009 before me, Priscilla Reyes, Notary Public,
personally appeared Willie Lee Brown Jr
_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

*[Notary Seal: PRISCILLA REYES, Commission # 1763411, Notary Public - California, Fresno County]*

Place Notary Seal Above

────────────── **OPTIONAL** ──────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827