DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT C. BROWN, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ROBERT C. BROWN, Jr.,<br>DUANE ALLEN EDDINGS,<br><br>             Defendants. | CR-S-09-0074 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  November 17, 2009<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Robert C. Brown, Jr., and Duane A. Eddings, through their respective attorneys, that the status conference scheduled for November 17, 2009, may be continued to December 15, 2009, at 9:30 a.m.

    The defense has been attempting to provide an accounting of how much principal was given to the defendants and how much, if any, was returned. Further investigation is necessary to complete this task.

    In light of the above, all parties, through their respective attorneys hereby stipulate and agree that the time period from today, November 12, 2009, to and including December 15, 2009, be excluded under

the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated: November 12, 2009        Respectfully submitted,


                                /s/ Daniel Broderick
                                DANIEL J. BRODERICK
                                Federal Defender
                                Attorney for ROBERT C. BROWN


Dated: November 12, 2009        /s/ Joseph Wiseman
                                JOSEPH J. WISEMAN
                                Attorney for DUANE A. EDDINGS


Dated: November 12, 2009        BENJAMIN WAGNER
                                United States Attorney


                                /s/ Daniel Broderick for
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney


# O R D E R

The status conference is continued from November 17, 2009, to December 15, 2009, at 9:30 a.m.  Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated: November 13, 2009        /s/ John A.Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge