1 DANIEL J. BRODERICK, Bar #89424
  Federal Defender
2 Designated Counsel for Service
  801 I Street, 3rd Floor
3 Sacramento, California 95814
  Telephone: (916) 498-5700
4

5 Attorney for Defendant
  ROBERT C. BROWN, Jr.
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  CR-S-09-0074 JAM
                                       )
12             Plaintiff,    )  **STIPULATION AND ORDER**
                                       )  **CONTINUING STATUS CONFERENCE**
13    v.                   )  **AND EXCLUDING TIME**
                                       )
14 ROBERT C. BROWN, Jr.,      )
   DUANE ALLEN EDDINGS,       )
15                                     )  Date:  December 15, 2009
                                       )  Time:  9:30 a.m.
16             Defendants.   )  Judge: Hon. John A. Mendez
                                       )
17 _____

18     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
19 of America, and defendants, Robert C. Brown, Jr., and Duane A. Eddings,
20 through their respective attorneys, that the status conference scheduled
21 for December 15, 2009, may be continued to January 26, 2010, at
22 9:30 a.m.

23     The defense is still completing its accounting of how much principal
24 was given to the defendants and how much, if any, was returned. The
25 government has provided information from its forensic accountant that
26 should enable the defense to complete that task. Once that is completed,
27 the defendants will need to confer regarding this information and then
28 meet with the government to discuss whether a resolution of this case can

be achieved.

In light of the above, all parties, through their respective attorneys hereby stipulate and agree that the time period from today, December 10, 2009, to and including January 26, 2010, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated: December 10, 2009         Respectfully submitted,

/s/ Daniel Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for ROBERT C. BROWN

Dated: December 10, 2009         /s/ Joseph Wiseman
JOSEPH J. WISEMAN
Attorney for DUANE A. EDDINGS

Dated: December 10, 2009         BENJAMIN WAGNER
United States Attorney

/s/ Daniel Broderick for
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued from December 15, 2009, to January 26, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: December 10, 2009         /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order                                    2