```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT C. BROWN, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-S-09-0074 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| ROBERT C. BROWN, Jr., | ) |
| DUANE ALLEN EDDINGS, | ) |
| | ) Date: January 25, 2010 |
| Defendants. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Robert C. Brown, Jr., and Duane A. Eddings, through their respective attorneys, that the status conference scheduled for January 26, 2010, may be continued to March 2, 2010, at 9:30 a.m.

Defendant Brown's attorney completed his accounting of how much principal was given to the defendants and how much, if any, was returned. Because this accounting had several gaps in it, the government graciously agreed to meet with Defendant Brown's attorney and the forensic expert utilized by the government in its investigation. This meeting occurred last week. As a result of that meeting, counsel for defendant Brown

believes that a draft plea agreement could be prepared without the need for additional forensic review of the bank records. Government counsel has agreed to meet with defense counsel to discuss probable resolution of this case. After that meeting and after a draft plea agreement has been prepared, counsel will need time to review it with the defendants.

In light of the above, all parties, through their respective attorneys hereby stipulate and agree that the time period from today, January 25, 2010, to and including March 2, 2010, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Dated:  January 25, 2010          Respectfully submitted,

                                  /s/ Daniel Broderick
                                  DANIEL J. BRODERICK
                                  Federal Defender
                                  Attorney for ROBERT C. BROWN


Dated:  January 25, 2010          /s/ Joseph Wiseman
                                  JOSEPH J. WISEMAN
                                  Attorney for DUANE A. EDDINGS


Dated:  January 25, 2010          BENJAMIN WAGNER
                                  United States Attorney


                                  /s/ Daniel Broderick for
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney

**O R D E R**

The status conference is continued from January 26, 2010, to March 2, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public

1  in a speedy trial.
2       IT IS SO ORDERED.
3  Dated:   January 25, 2010          /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
4                                     United States District Judge