```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Designated Counsel for Service
   801 I Street, 3rd Floor
3  Sacramento, California 95814
   Telephone: (916) 498-5700
4
   Attorney for Defendant
5  ROBERT C. BROWN, Jr.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-S-09-0074 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROPOSED ORDER CONTINUING BRIEFING SCHEDULE AND JUDGMENT AND SENTENCING** |
| ROBERT C. BROWN, Jr., | ) |
| Defendant. | ) DATE: August 3, 2010<br>) TIME: 9:30 a.m.<br>) JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert C. Brown, Jr., through their respective attorneys, that the current sentencing schedule be continued. The reasons for this continuance include the need for additional time to determine the loss and restitution amounts, the need for both parties to prepare in the event the trial scheduled for Mr. Brown's co-defendant commences in mid-September, and the need to accommodate the schedules of the parties' attorneys and the assigned probation officer.  Both Defendant Robert Brown and U.S. Probation Officer Thomas Brown have been advised of this new schedule and they have no objections.

The proposed new sentencing schedule is as follows:

Disclosure of Proposed PSR to Counsel . . . . September 14, 2010

Written Objections to the PSR . . . . . . . . September 28, 2010

Disclosure of PSR to Court and Counsel . . . . . . October 5, 2010

Motion for Correction of the PSR . . . . . . . . October 12, 2010

Reply, or Statement of Non-Opposition . . . . . October 19, 2010

Judgment and Sentencing Date . . . . October 26, 2010 @ 9:30 a.m.

Dated:  June 28, 2010                    Respectfully submitted,

/s/ Daniel Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
ROBERT C. BROWN

Dated:  June 28, 2010                    BENJAMIN WAGNER
                                         United States Attorney

/s/ Daniel Broderick for
MATTHEW C. STEGMAN
Assistant U.S. Attorney

# **O R D E R**

The Judgment and Sentencing date, and the accompanying sentencing schedule is hereby continued as follows:

Disclosure of Proposed PSR to Counsel . . . . September 14, 2010

Written Objections to the PSR . . . . . . . . September 28, 2010

Disclosure of PSR to Court and Counsel . . . . . . October 5, 2010

Motion for Correction of the PSR . . . . . . . . October 12, 2010

Reply, or Statement of Non-Opposition . . . . . October 19, 2010

Judgment and Sentencing Date . . . . October 26, 2010 @ 9:30 a.m.

/ /

/ /

1  IT IS FURTHER ORDERED that copies of this new schedule shall be
2 sent via CM/ECF to counsel for both parties and to the U.S. Probation
3 Office.
4 Dated:  June 28, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge