DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT C. BROWN, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-09-0074 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **MODIFYING PRETRIAL RELEASE** |
| ) | **CONDITIONS** |
| ROBERT C. BROWN, Jr., ) | |
| ) | |
| Defendant. ) | |
| ) | JUDGE:  Hon. John A. Mendez |
| _____ ) | |

On May 19, 2009, this court issued an order setting forth the pretrial release conditions for Defendant Robert Brown, Jr.  Mr. Brown's supervising pretrial services officer has indicated that Mr. Brown is in full compliance with these conditions.  During the time period that Mr. Brown has been on pretrial release, he has completed a study program on massage therapy and has completed his licensing requirements for this employment.  This employment comports with the pretrial condition that it not involve any fiduciary responsibility.

Mr. Brown's supervising pretrial officer has recommended that his conditions of release be modified.  The current condition reads as follows:

1   You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

HOME DETENTION: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

The suggested modification to this condition is as follows:

You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

CURFEW: You are restricted to your residence every day as directed by the pretrial services officer.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.

All other conditions of pretrial release shall remain in place, pending Mr. Brown's sentencing.

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert C. Brown, Jr., through their respective attorneys, that conditions of release be modified as indicated above.

   A proposed order to this effect is attached.

//

//

//

Stip. & Order                              2

```
Dated:  December 16, 2010           Respectfully submitted,


                                    /s/ Daniel Broderick
                                    DANIEL J. BRODERICK
                                    Federal Defender
                                    Attorney for Defendant
                                    ROBERT C. BROWN


Dated:  December 16, 2010           BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Daniel Broderick for
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
```

**O R D E R**

IT IS HEREBY ORDERED that the pretrial release conditions, set by this court on May 19, 2009, for defendant Robert Brown, Jr., are hereby modified as follows:

1. The following current condition of release shall be deleted:

>  You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.
>
> HOME DETENTION: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.
>
>  You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

2. The following condition shall be added in its place:

>  You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.

1  CURFEW: You are restricted to your residence every day as directed by the pretrial services officer.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.

IT IS FURTHER ORDERED that all other pretrial release conditions shall remain in effect. A copy of this order shall be sent via CM/ECF to counsel for both parties and to supervising pretrial services officer Taifa Gaskins.

Dated:   December 17, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order                                    4