DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT C. BROWN, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br>ROBERT C. BROWN, Jr.,             )<br>                                  )<br>            Defendant.            )<br>_____ ) | CR-S-09-0074 JAM<br><br>**STIPULATION AND ORDER**<br>**CONTINUING SENTENCING AND**<br>**SCHEDULING STATUS CONFERENCE**<br><br>DATE:  June 7, 2011<br>TIME:  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert C. Brown, Jr., through their respective attorneys, that the current sentencing be continued, and a status conference be scheduled.  The reasons for this continuance include the need for additional time to investigate additional charges against Mr. Brown's co-defendant, the need for both parties to prepare for the trial scheduled for Mr. Brown's co-defendant, and the need for probation and the defense to prepare appropriate presentence reports and sentencing memoranda.  The status conference will permit both parties to inform the court regarding the appropriateness of the modified sentencing schedule.  Both Defendant Robert Brown and U.S.

Probation Officer Thomas Brown have been advised of this new schedule and they have no objections.

The proposed new schedule is as follows:

Status Conference. . . . . . . . . . . . June 7, 2011 at 9:30 a.m.
Disclosure of Proposed PSR to Counsel. . . . . . . . June 21, 2011
Written Objections to the PSR. . . . . . . . . . . . July 5, 2011
Disclosure of PSR to Court and Counsel.. . . . . . . July 12, 2011
Motion for Correction of the PSR.. . . . . . . . . . July 19, 2011
Reply, or Statement of Non-Opposition. . . . . . . . July 26, 2011
Judgment and Sentencing Date.. . . . . August 2, 2011 @ 9:30 a.m.

Dated:  March 25, 2011              Respectfully submitted,

/s/ Daniel Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
ROBERT C. BROWN

Dated:  March 25, 2011              BENJAMIN WAGNER
                                    United States Attorney

/s/ Daniel Broderick for
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**O R D E R**

The Judgment and Sentencing date, and the accompanying sentencing schedule is hereby continued as follows:

Disclosure of Proposed PSR to Counsel. . . . . . . . June 21, 2011
Written Objections to the PSR. . . . . . . . . . . . July 5, 2011
Disclosure of PSR to Court and Counsel.. . . . . . . July 12, 2011
Motion for Correction of the PSR.. . . . . . . . . . July 19, 2011
Reply, or Statement of Non-Opposition. . . . . . . . July 26, 2011

1     Judgment and Sentencing Date.. . . . .  August 2, 2011 @ 9:30 a.m.

2     IT IS FURTHER ORDERED that copies of this new schedule shall be

3 sent via CM/ECF to counsel for both parties and to U.S. Probation

4 Officer Thomas Brown.

5 Dated:  March 28, 2011

                                      /s/ John A. Mendez
6                                       HON. JOHN A. MENDEZ
                                      United States District Judge