DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT C. BROWN, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT C. BROWN, Jr.,<br><br>        Defendant. | CR-S-09-0074 JAM<br><br>**STIPULATION AND ORDER SCHEDULING STATUS CONFERENCE**<br><br>DATE:   June 7, 2011<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert C. Brown, Jr., through their respective attorneys, that a status conference be scheduled on June 7, 2011 at 9:30 a.m.

   The reason for this request is that additional time is needed to investigate additional charges against Mr. Brown's co-defendant and prepare for the trial presently scheduled for Mr. Brown's co-defendant. The status conference will permit both parties to inform the court regarding the appropriateness of the modified sentencing schedule which was approved and filed by the Court on March 29, 2011.

   All parties are in agreement that a status conference be scheduled

on June 7, 2011 at 9:30 a.m.

Dated:  March 29, 2011                  Respectfully submitted,


                                        /s/ Daniel Broderick
                                        DANIEL J. BRODERICK
                                        Federal Defender
                                        Attorney for Defendant
                                        ROBERT C. BROWN


Dated:  March 29, 2011                  BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Daniel Broderick for
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney


**O R D E R**

   A status conference in the above matter is hereby scheduled for June 7, 2011 at 9:30 a.m.

**IT IS  SO  ORDERED.**

Dated:  March 30, 2011

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        United States District Judge