DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT C. BROWN, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT C. BROWN, Jr., ) <br> ) <br> ) <br> Defendant. ) <br> ) <br>_____) | CR-S-09-0074 JAM <br><br> **STIPULATION AND ORDER** <br> **CONTINUING STATUS CONFERENCE** <br><br> DATE:  November 15, 2011 <br> TIME:  9:30 a.m. <br> JUDGE: Hon. John A. Mendez |

Defendant ROBERT C. BROWN, Jr., is currently scheduled for a status conference on September 20, 2011.  Co-defendant DUANE A. EDDINGS is currently scheduled for jury trial on October 24, 2011, and a trial confirmation hearing on September 20, 2011.  Mr. Brown previously pleaded guilty and is awaiting sentencing.  It is anticipated that Mr. Brown will be a witness at this trial.

During the time Mr. Brown has been on pre-trial release, he has complied fully with the directions of his supervising pre-trial services officer.  He has been gainfully employed.  He has cooperated with the Securities and Exchange Commission and resolved the civil suit filed against him by the SEC in the Northern District of California.

He is continuing his efforts to resolve outstanding income tax deficiencies with the Internal Revenue Service.

In light of all the above-facts, the parties agree that a status conference is not necessary.  IT IS HEREBY STIPULATED AND AGREED, therefore, between plaintiff, United States of America, and defendant, Robert C. Brown, Jr., through their respective attorneys, that the status conference currently scheduled for September 20, 2011, be continued until Tuesday, November 15, 2011, at 9:30 a.m.  By this time, Defendant EDDINGS's trial will be completed and a revised sentencing schedule can be set for Defendant BROWN.  U.S. Probation Officer Thomas Brown had previously been assigned to prepare a presentence report for Mr. BROWN.  Mr. Thomas Brown is schedule to retire in late October, 2011.  He has indicated this case will be reassigned to another probation officer; however, he also indicated he had no objection to this continuance.

Because Mr. BROWN has pleaded guilty in this case, there is no need to exclude time under the Speedy Trial Act.

Dated:  September 14, 2011          Respectfully submitted,

/s/ Daniel Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
ROBERT C. BROWN

Dated:  September 14, 2011          BENJAMIN WAGNER
United States Attorney

/s/ Daniel Broderick for
MICHAEL D. ANDERSON
Assistant U.S. Attorney

/ /

/ /

Stip. & Order                       2

**O R D E R**

The status conference in this case, currently scheduled for defendant ROBERT C. BROWN, JR., on Tuesday, September 20, 2011, is hereby continued until Tuesday, November 15, 2011, at 9:30 a.m.

IT IS FURTHER ORDERED that a copy of this order shall be sent via CM/ECF to U.S. Probation Officer Thomas Brown.

Dated:  September 14, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge