```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROBERT C. BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-74-JAM |
| Plaintiff, | **AMENDED WAIVER OF DEFENDANT'S APPEARANCE; ORDER** |
| v. | |
| ROBERT C. BROWN, | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Robert Brown, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this supervised release proceeding including, but not limited to, status conferences, when the case is ordered set for hearing, when a continuance is ordered, and when other action is taken by the court before or after hearing, except for an evidentiary hearing or any hearing at which the proceedings are resolved.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were

1  personally present; and further agrees to be present in court ready for
2  hearing any day and hour the Court may order in his absence.
3
4  Dated:  November 15, 2011           /s/ Robert C. Brown, Jr.
                                       ROBERT C. BROWN, JR.
5                                      Defendant
6
7       I agree and consent to my client's waiver of appearance.
8
9                                      Respectfully submitted,
10
11 Dated:  November 15, 2011           /s/ Daniel J. Broderick
                                       DANIEL J. BRODERICK
                                       Federal Defender
12                                     Attorney for ROBERT C. BROWN, JR.
13
14 **IT IS SO ORDERED.**
15 Dated: November 15, 2011
16                                     /s/ John A. Mendez
                                       JOHN A. MENDEZ
17                                     U.S. District Court Judge

Appearance Waiver                    2