DANIEL J. BRODERICK, Bar #89424
Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT CEPHAS BROWN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-74 JAM |
| Plaintiff, | EX PARTE REQUEST TO PERMIT VOLUNTARY SURRENDER TO U.S. MARSHAL AND TO EXONERATE BOND; ORDER |
| v. | |
| ROBERT CEPHAS BROWN, JR., | |
| Defendant. | Date: April 24, 2012<br>Time: 9:30 A.M.<br>Judge: Hon. John A. Mendez |

Defendant ROBERT BROWN is currently scheduled to be sentenced on April 24, 2012, at 9:30 a.m. He is currently out of custody, pursuant to this court's order dated May 19, 2009. Mr. Brown was released upon the following conditions:

1. Pre-trial services supervision;

2. Surrender of his passport;

3. Home confinement, which shall include electronic monitoring; and

4. The posting of $300,000 unsecured appearance bonds by Willie L. Brown, Sr., and Willie L. Brown, Jr.

Mr. BROWN hereby requests that this court permit him to voluntary surrender to the custody of the U.S. Marshal's office prior to noon on

April 18, 2012.  Plaintiff United States has been informed of this and has no objection.  Prior to his surrender, Mr. BROWN will deliver all the home monitoring equipment to pre-trial services.

   Mr. BROWN also requests that the court exonerate the bond posted on his behalf.

   Mr. BROWN does not request an order that his passport be returned, as he anticipates remaining in custody and/or supervised release beyond the expiration date of any passport.

Dated:  April 17, 2012              Respectfully submitted,

                                    /s/ Daniel J. Broderick
                                    DANIEL J. BRODERICK
                                    Federal Defender
                                    Attorney for Defendant
                                    ROBERT C. BROWN

## O R D E R

   IT IS HEREBY ORDERED that Defendant's Request to voluntary surrender is granted.

   IT IS FURTHER ORDERED that Defendant ROBERT C. BROWN shall voluntarily surrender to the United States Marshal's office no later than noon on April 18, 2012.  Upon his surrender, the terms of his pre-trial release shall be vacated and the unsecured appearance bonds filed on his behalf shall be exonerated.

   A copy of this order shall be served on U.S. Pretrial Services Officer Taifa Gaskins.

Dated: April 17, 2012

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Court Judge