```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
ROBERT CEPHAS BROWN, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-0074 JAM |
| Plaintiff, ) | |
| ) | **WAIVER OF APPEARANCE FOR** |
| vs. ) | **DEFENDANT BROWN;   ORDER** |
| ) | **APPROVING WAIVER** |
| ROBERT CEPHAS BROWN, JR., ) | |
| Defendant. ) | |

    I, Robert Cephas Brown, Jr., hereby waive the right to be present in person in open court at the hearing re imposition of sentence following remand from the Court of Appeal.  I request that the court proceed during my absence.  I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence, assuming the Bureau of Prisons will transport me there.  I am

currently incarcerated at FCI Lompoc where I have met with my attorney. I will remain in regular contact with him throughout the proceedings and I anticipate providing the Court a written statement prior to the hearing regarding my present state of mind about my offense.

Dated: April 2015                    /s/ R. Brown (orig. w/counsel)
                                     ROBERT CEPHAS BROWN, JR.
                                     Defendant

I concur in Mr. Brown's decision to waive his appearance at resentencing. The request rests on Federal Rule Criminal Procedure 43(b)(4) and 43(c)(1)(A).

                                     HEATHER E. WILLIAMS
                                     Federal Defender

Dated: April 21, 2015                /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for ROBERT C. BROWN, JR.

**O R D E R**

The above waiver of appearance is hereby approved.

IT IS SO ORDERED.

Dated: April 21, 2015
_____
                                     /s/ John A. Mendez
                                     U. S. DISTRICT COURT JUDGE